ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
THOMAS D. STOUT (Cal. State Bar No.: 241348)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2690
    Facsimile: (213) 894-0141
    E-mail: Thomas.Stout@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 11-348M |
|     Plaintiff, ) | [REDACTED] **ORDER REGARDING REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |
|     v. ) | |
| JOSE ANTONIO MERAZ, ) | **CURRENT DATE:** <u>September 14, 2011, 11:00 a.m.</u> |
|     Defendant. ) | **PROPOSED DATE:** <u>September 28, 2011, 11:00 a.m.</u> |

The Court has read and considered the Stipulation Regarding Request for Continuance of Status Conference, filed by the parties in this matter on September 14, 2011. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support continuing the status conference set for September 28, 2011 at 11:00 a.m.

//

```
 1  THEREFORE, FOR GOOD CAUSE SHOWN:
 2       1.  The status conference scheduled for September 14, 2011
 3  at 11:00 a.m. is hereby continued to September 28, 2011 at 11:00
 4  a.m.
 5       2.  The time period from August 19, 2011 to and including
 6  September 14, 2011 are excludable pursuant to 18 U.S.C. §
 7  3161(h)(1)(E) and (h)(7)(A) because the proceedings pursuant to
 8  Rule 20 are in the process of being transferred, the parties
 9  request the continuance, and the ends of justice served by taking
10  such action outweigh the best interest of the public and the
11  defendant in a speedy trial.
12  IT IS SO ORDERED.
13
14  9-14-11                         [signature: Carla M. Woehrle]
    DATE                            HONORABLE CARLA M. WOEHRLE
15                                  UNITED STATES MAGISTRATE JUDGE

16  Presented by:
17
        /s/
18  THOMAS D. STOUT
    Assistant United States Attorney
19
```